U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 29 2019

TONY R. MOORE, CLERK
BY: _____ MB _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE APPLICATION OF DEPARTMENT OF
HOMELAND SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT,

19-cv-1400

                  Petitioner,

v.

Avinash KUMAR

                  Respondent.

### EMERGENCY ORDER

It is HEREBY ORDERED that ICE, through competent medical authority, is authorized to perform non-consensual hydration in the form of IV fluids of Respondent and involuntary medical examinations of Respondent which would include blood draws, weigh-ins and monitoring of vital signs;

It is FURTHER ORDERED that ICE, acting through competent medical authority, is authorized to restrain Respondent if he resists efforts to hydrate, draw blood, be weighed, monitor vital signs and submit to routine medical examinations;

Signed this 29th day of October, 2019 in Alexandria, Louisiana.

                                                      UNITED STATES DISTRICT COURT JUDGE